# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| PEGGY NELSON, et al., | ) | 3:05-CV-0171-ECR (RAM) |
| | ) | |
| Plaintiffs, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | December 12, 2005 |
| | ) | |
| HALIMA ACADEMY CHARTER SCHOOL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:    THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:    GINA MUGNAINI            REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiffs have filed a Motion to Compel Discovery (Doc. #21).

LR 26-7 provides that "Discovery motions will not be considered unless a statement of moving counsel is attached thereto certifying that, after personal consultation and sincere effort to do so, counsel have been unable to resolve the matter without court action."

In this case counsel for Plaintiffs merely attached letters written to counsel for Defendants. These letters do not constitute a "personal consultation and sincere effort" to resolve this discovery dispute prior to the filing of a motion.

Plaintiffs' Motion to Compel Discovery (Doc. #21) is **DENIED** without prejudice to refiling after counsel have had a personal consultation and made a sincere effort to resolve this matter.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:      /s/
          Deputy Clerk